IN THE CIRCUIT COURT OF THE 7TH
JUDICIAL CIRCUIT IN AND FOR
VOLUSIA COUNTY, FLORIDA

JACQUELINE TORRES,

     Plaintiff,

vs.                                                    Case No:

DOLLAR TREE STORES, INC., a
foreign profit corporation,

     Defendant.

_____/

### COMPLAINT

     Plaintiff, JACQUELINE TORRES, sues Defendant, DOLLAR TREE STORES,

INC., a foreign profit corporation (hereinafter "DOLLAR TREE"), and states the

following:

     1.    This is a cause of action for damages in excess of $30,000.00.

     2.    All conditions precedent to filing this action have been complied with,

expired, and/or waived.

     3.    The incident described herein occurred in Volusia County, Florida.

     4.    On or about March 21, 2018, Defendant, DOLLAR TREE, was in

possession and control of the premises at 2135 Howland Boulevard, Suite 110 in

Deltona, Volusia County, Florida, which Defendant operates as a dollar store.

     5.    At that time and place, Plaintiff, JACQUELINE TORRES, was an invitee

lawfully on the premises described above.

     6.    At that time and place, Plaintiff, JACQUELINE TORRES, was injured

when she slipped and fell on liquid on the store's floor.

7. Defendant, DOLLAR TREE, had a duty to maintain the premises in a reasonably safe condition, correct any dangerous condition of which it either knew or should have known by the use of reasonable care, and to warn of any dangerous conditions concerning which it had, or should have had, knowledge greater than that of its invitees. Defendant breached all of these duties.

8. Specifically, Defendant, DOLLAR TREE, negligently:

   a) Allowed liquid to accumulate and remain on the store's floor for an unreasonable length of time;

   b) Allowed a slip hazard and dangerous condition to remain on the store's floor for an unreasonable length of time; and

   c) Failed to warn the Plaintiff and similarly situated individuals of the dangerous condition it knew or should have known existed on the store's floor for an unreasonable length of time.

9. Defendant, DOLLAR TREE, knew or, in the exercise of ordinary care, should have known the premises were not in a reasonably safe condition.

10. Defendant, DOLLAR TREE, had actual or constructive notice of the dangerous condition.

11. As the direct and proximate result of the negligence of Defendant, DOLLAR TREE, Plaintiff, JACQUELINE TORRES, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, JACQUELINE TORRES, demands judgment for damages against Defendant, DOLLAR TREE.

Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted this 2nd day of November, 2020.

By: _s/ Shawn McCloskey_____
**SHAWN MCCLOSKEY**
Attorney Email: smccloskey@schwedlawfirm.com
**Eservice Email: eservice@schwedlawfirm.com**
Bar Number: 113016
Attorneys for Plaintiff
Schwed, Adams & McGinley, P.A.
7111 Fairway Drive, Suite 105
Palm Beach Gardens, Florida 33418
Telephone: (561) 694-6079
Facsimile: (561) 694-6089



**LAURA E. ROTH**
CLERK OF THE CIRCUIT COURT

SEVENTH JUDICIAL CIRCUIT - VOLUSIA COUNTY
P.O. BOX 6043 DELAND, FLORIDA 32721-6043 · WWW.CLERK.ORG

Filing #: ▮▮▮▮▮▮
Filer:Shawn McCloskey
Payment:$410.00

1 Filing Fee: $400.00
2 Summons Issuance: $10.00
3 Complaints/Petitions Complaint: $0.00
4 Complaints/Petitions Civil Cover Sheet: $0.00
5 Complaints/Petitions Request that Summons be Issued: $0.00
6 Miscellaneous Interrogatories: $0.00
7 Letters/Memoranda/Requests Request: $0.00
8 Letters/Memoranda/Requests Request: $0.00

*This document is a Clerk generated receipt.  This  page was not included in the original court document submitted by the filer.*